# TEXAS COURT OF APPEALS, THIRD DxISTRICT, AT AUSTIN

---

## NO. 03-25-00558-CV

---

**In re Alysha Robinson**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: July 29, 2025